IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRIS WHITE,**

**Petitioner,**

**v.**

**DARLENE VELTRI,**

**Respondent.**                                              **No. 04-CV-0013-DRH**

### ORDER

**HERNDON, District Judge:**

On December 29, 2003, Darris White, a former inmate housed in the Greenville-Federal Corrections Center, filed a petition of habeas corpus pursuant to **28 U.S.C. § 2241** (Doc. 1). Specifically, White challenges the United States Parole Commission's jurisdiction to revoke his parole on a sentence which, according to White, expired on April 19, 1997.

Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") on January 3, 2006 (Doc. 10). The Report recommends that the Court deny and dismiss White's petition.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need

not conduct *de novo* review.  **Thomas v. Arn, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 10).  Accordingly, the Court **DENIES** and **DISMISSES with prejudice** the petition.  Further, the Court **DIRECTS** the Clerk of the enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 24th day of January, 2006.

/s/          David RHerndon
**United States District Judge**